```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 05777
    DALE R BOVEN
    VICKI L BOVEN                             CHAPTER 13

                                              JUDGE: JACK B SCHMETTERER

        Debtor
    SSN XXX-XX-9606    SSN XXX-XX-4179

------------------------------------------------------------------------
                TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
    The case was filed on 03/11/2008 and was confirmed 06/04/2008.

    The plan was confirmed to pay secured creditors 100% and unsecured
creditors  10.00%.

    The case was dismissed after confirmation 10/15/2008.
------------------------------------------------------------------------
CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST       PRINCIPAL
                                                             PAID            PAID
------------------------------------------------------------------------
CAPITAL ONE                 UNSECURED         979.13         .00             .00
BENEFICIAL ILLINOIS INC     CURRENT MORTG        .00         .00             .00
BENEFICIAL ILLINOIS INC     MORTGAGE ARRE    1647.00         .00             .00
ALLSTATE INSURANCE          UNSECURED      NOT FILED         .00             .00
MARSHALL FIELDS             UNSECURED         429.20         .00             .00
CAPITAL ONE                 NOTICE ONLY    NOT FILED         .00             .00
ECAST SETTLEMENT CORP       UNSECURED        1111.67         .00             .00
EDUCATIONAL CREDIT MGMT     UNSECURED       17409.61         .00             .00
NICOR GAS                   UNSECURED      NOT FILED         .00             .00
NORTHWEST COMMUNITY HOSP    UNSECURED      NOT FILED         .00             .00
NORTHWEST COMMUNITY HOSP    NOTICE ONLY    NOT FILED         .00             .00
PORTFOLIO RECOVERY ASSOC    UNSECURED         325.68         .00             .00
LVNV FUNDING LLC            UNSECURED         314.55         .00             .00
SPRINT-NEXTEL CORP          UNSECURED      NOT FILED         .00             .00
BENEFICIAL FINANCE          NOTICE ONLY    NOT FILED         .00             .00
BENEFICIAL HSBC             NOTICE ONLY    NOT FILED         .00             .00
HSBC AUTO FINANCE           SECURED VEHIC    7500.00       55.11          732.02
HSBC AUTO FINANCE           UNSECURED        4395.27         .00             .00
WELLS FARGO HOME MORTGAG    CURRENT MORTG        .00         .00             .00
WELLS FARGO HOME MORTGAG    MORTGAGE ARRE        .00         .00             .00
WELLS FARGO                 NOTICE ONLY    NOT FILED         .00             .00
WELLS FARGO                 NOTICE ONLY    NOT FILED         .00             .00
DENNIS G KNIPP              DEBTOR ATTY     2,000.00                      261.66
TOM VAUGHN                  TRUSTEE                                        91.21
DEBTOR REFUND               REFUND                                           .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                    RECEIPTS          DISBURSEMENTS
------------------------------------------------------------------------
TRUSTEE              1,140.00
```

PAGE  1 - CONTINUED ON NEXT PAGE
CASE NO. 08 B 05777 DALE R BOVEN & VICKI L BOVEN

```
PRIORITY                                                              .00
SECURED                                                            732.02
    INTEREST                                                        55.11
UNSECURED                                                             .00
ADMINISTRATIVE                                                     261.66
TRUSTEE COMPENSATION                                                91.21
DEBTOR REFUND                                                         .00
                                   ---------------      ---------------
TOTALS                                    1,140.00             1,140.00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 01/27/09                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE




                          PAGE   2
        CASE NO. 08 B 05777 DALE R BOVEN & VICKI L BOVEN